IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMY WALKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-16-703-D ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) ) |

## **O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Bernard M. Jones pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Jones finds that the Commissioner's decision denying Plaintiff's application for disability insurance benefits should be reversed pursuant to 42 U.S.C. § 405(g). No party has filed a timely objection to the Report and Recommendation or requested additional time to object. Upon consideration, the Court finds that Defendant has waived further judicial review.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 15] is ADOPTED in its entirety. The Commissioner's decision is reversed and remanded for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 19th day of May, 2017.

                                            TIMOTHY D. DeGIUSTI
                                            UNITED STATES DISTRICT JUDGE